# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STEPHEN RAY FRANCE | § | |
| | § | Civil Action No. 4:17-CV-462 |
| v. | § | (Judge Schell/Judge Nowak) |
| | § | |
| COMMISSIONER, SSA | § | |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff Stephen Ray France's ("Plaintiff") "Motion for Attorney Fees and Costs under the Equal Access to Justice Act, 28 U.S.C. § 2412" ("Motion") (Dkt. #19) and Commissioner's Response (Dkt. #20), wherein the Commissioner states it has no objection to Plaintiff's request, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion for Attorney Fees and Costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 (Dkt. #19) is **GRANTED**, and the Commissioner is directed to pay five thousand, two hundred eighty-six dollars and twenty-one cents ($5,286.21) as reasonable attorney's fees and costs payable to Plaintiff, such payment to be mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

**SIGNED this the 5th day of February, 2019.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE